No. 95–6748.  VEGA v. WILLIAMS ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 95–6755.  SINGH v. REEVES, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 95–6756.  VAN BELLE ET UX. v. ATLANTIC EQUIPMENT ENGINEERS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–6758.  MCCLAIN v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 95–6760.  HILL v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 95–6763.  ALLY v. KOCH ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–6768.  KHARRAT v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 95–6769.  JACOBS v. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–6772.  FINCH v. GOMEZ, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–6773.  SHIPP v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir. Certiorari denied.

No. 95–6775.  NELSON v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 95–6779.  MCBRIDE v. SIKES, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 95–6784.  BUSBY v. HOLLYWOOD ARDMORE COOPERATIVE, INC.  C. A. 9th Cir.  Certiorari denied.

No. 95–6785.  DAUGHTRY v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.